Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
January 10, 2007

Clerk, United States District Court
for the Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

### IN RE: LONG-DISTANCE TELEPHONE SERVICE
### FEDERAL EXCISE TAX REFUND LITIGATION - MDL 1798

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 12/28/06. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| Title of Case | Your Number | Our Number |
|---|---|---|
| **Oscar Gurrola, et al. v. United States of America** | C.A. No. 2:06-3425 | C.A. No. 1:07-50 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:  MDL Panel, Clerk
     Nancy Mayer-Whittington, Clerk
     Judge Ricardo M. Urbina
     Jim Dales, Courtroom Clerk
     MDL Misc. Case No. 07-14