IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | MDL No. 1798<br><br>Judge Ricardo M. Urbina<br><br>Docket No. 1:07-mc-00014-RMU |

## STATUS REPORT

On January 4, 2007, Plaintiffs' counsel in *Virginia Sloan, et al. v. United States of America* ("*Sloan*") filed a Praecipe informing this Court that the undersigned counsel in *Sloan* had invited Plaintiffs' counsel in the two cases that were transferred to this Court by the Judicial Panel on Multidistrict Litigation – *Neiland Cohen v. United States of America*, Docket No. 2:05-1237, formerly pending in the Eastern District of Wisconsin ("*Cohen*"), and *Oscar Gurrola, et al. v. United States of America, et al.*, Docket No. 2:06-3425, formerly pending in the Central District of California ("*Gurrola*") – to attend a meeting of all Plaintiffs' counsel on January 10, 2007 (Docket Entry No. 44-1). After conferring in good faith and on several occasions, Plaintiffs' counsel in the *Sloan* case were informed that Plaintiffs' counsel in both *Cohen* and *Gurrola* are not satisfied with the existing leadership structure that was established by this Court in its Case Management Order entered on August 9, 2006 (Docket Entry No. 35).[1] Plaintiffs' counsel in *Sloan* offered to expand the Plaintiffs' Executive Committee set forth in the Case Management Order to include representatives from all of the Plaintiffs' firms in both the *Cohen* case and the *Gurrola* case. Unfortunately, Plaintiffs' counsel in *Cohen* and *Gurrola* rejected that reasonable offer, instead proposing that each group of

---

[1] Incidentally, the *Sloan* case was the only case among the three with a Court-approved case organization and leadership structure.

Plaintiffs' counsel from the three cases be treated equally.

After careful consideration of the proposal by Plaintiffs' counsel in the other cases, Plaintiffs' counsel in *Sloan* will not agree to disrupting the existing Court-approved leadership structure in this manner. It is wholly unacceptable to give an equal voice to these groups of Plaintiffs' counsel that are being added to the *Sloan* case nine (9) months after its commencement, and four (4) months after the entry of the Case Management Order that created a leadership structure and established a case organization. In addition, it is particularly inappropriate to give the group of Plaintiffs' counsel in *Sloan* an equal say with the groups of Plaintiffs' counsel in *Cohen* and *Gurrola* since the *Sloan* case is essentially a consolidated action that consists of three (3) different cases with three (3) different groups of Plaintiffs' lawyers.[2]

Accordingly, Plaintiffs' counsel in *Sloan* regret to inform the Court that they have reached an impasse with Plaintiffs' counsel in *Gurrola* and *Cohen*, and expect that Plaintiffs' counsel in one or both of these cases will be submitting motions wherein they will attempt to disrupt the existing organization set forth in the Case Management Order previously approved by the Court. Plaintiffs' counsel in *Sloan* will promptly respond to any motions submitted on this issue.

---

[2] The original complaint in this action was field by Plaintiffs Virginia Sloan, Gary M. Sable, Robert McGranahan, and Shari Perlowitz. Plaintiffs Reginald A. Krasney, Marion Sachuk, Carolyn Hrusovsky, Stacy Markowitz, Joan Denenberg, and Catering By Design, Inc. joined in this action after dismissing without prejudice the complaint filed in the Court of Federal Claims on February 10, 2006. *Reginald A. Krasney, et al. v. United States, et al.*, Docket No. 06-105. Plaintiff NCS Companies, Inc. filed a separate complaint in this Court on May 5, 2006. *NCS Companies, Inc. v. United States, et al.*, Docket No. 06-00831. NCS Companies, Inc. subsequently voluntarily dismissed that complaint and became a plaintiff in the *Sloan* case. *See* Case Management Order, Section (I)(A)-(B).

DATED: January 22, 2007.

                                CUNEO GILBERT & LADUCA, LLP

                                By: /s/ Jonathan W. Cuneo
                                Jonathan W. Cuneo, Esq. (DC Bar# 939389)
                                Robert J. Cynkar, Esq. (DC Bar# 957845)
                                William Anderson, Esq. (admitted 1/8/07;
                                DC Bar # Pending)
                                507 C Street, NE
                                Washington, DC 20002
                                Phone: 202-789-3960
                                Fax: 202-789-1813

                                Nicholas E. Chimicles, Esq. (pro hac vice)
                                Benjamin F. Johns, Esq. (pro hac vice)
                                CHIMICLES & TIKELLIS LLP
                                One Haverford Centre
                                361 West Lancaster Avenue
                                Haverford, Pennsylvania 19041

                                Henry D. Levine, Esq. (DC Bar# 952770)
                                Stephen J. Rosen, Esq. (DC Bar# 441942)
                                LEVINE, BLASZAK, BLOCK AND
                                BOOTHBY, LLC
                                2001 L Street, NW, Suite 900
                                Washington, DC 20036

                                Christopher Weld, Jr., Esq. (pro hac vice)
                                Kevin Peters, Esq. (pro hac vice)
                                TODD & WELD, LLP
                                28 State Street
                                Boston, MA 02109

                                Professor Charles Tiefer (DC Bar# 330910)
                                University of Baltimore
                                3904 Woodbine Street
                                Chevy Chase, MD 20815

                                R. Montgomery Donaldson
                                MONTGOMERY, McCRACKEN,
                                WALKER & RHOADS, LLP
                                300 Delaware Avenue, Suite 750
                                Wilmington, Delaware 19801

Stephen A. Madva
Clifford Scott Meyer
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109-1030

Andrew N. Friedman (DC Bar# 375595)
Victoria S. Nugent (DC Bar# 470800)
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

David L. Wales
Mark C. Rifkin
Martin Restituyo
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2007, a copy of the foregoing Status Report was served through the Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. Mail, First Class, postage prepaid:

Randy Hart, Esquire
200 Public Square
Suite 3300
Cleveland, OH 44113

R. Gaylord Smith, Esquire
Lewis Brisbois Bisgaard & Smith
550 West C Street, Suite 800
San Diego, CA 92101

Eric Kennedy, Esquire
Weisman, Kennedy & Berris Co., L.P.A.
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Mark Griffin, Esquire
Law Offices of Mark Griffin
175 Honeybelle Oval
Orange, OH 44022

Richard F. Scruggs, Esquire
Scruggs Law Firm
120A Courthouse Square
P.O. Box 1136
Oxford, MS 38655

Michael D. Leffel, Esquire
Foley & Lardner LLP
Verex Plaza
150 E Gilman Street
P.O. Box 1497
Madison, WI 53701

Michael Bowen, Esquire
Foley & Lardner, LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202

Issac J. Morris, Esquire
Foley & Lardner LLP
777 E Wisconsin Avenue
Milwaukee, WI 53202

_/s/ Jonathan W. Cuneo_
JONATHAN W. CUNEO