**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                          :
                                          :   MDL No. 1798
                                          :
IN RE: LONG-DISTANCE TELEPHONE   :
SERVICE FEDERAL EXCISE TAX       :   Judge Ricardo M. Urbina
REFUND LITIGATION                :
                                          :
                                          :   Docket No. 1:07-mc-00014-RMU
_____:

**NOTICE REGARDING BULKY EXHIBIT ATTACHMENT**

Exhibit 2, which is submitted on behalf of the Plaintiffs as an attachment to the Joint Status Report, is in paper form only and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

DATED: March 30, 2007.

                                   CUNEO GILBERT & LADUCA, LLP


                                   By:_____/s/_____
                                   Jonathan W. Cuneo, Esq. (DC Bar# 939389)
                                   Robert J. Cynkar, Esq. (DC Bar# 957845)
                                   William Anderson, Esq. (DC Bar # 502380)
                                   507 C Street, NE
                                   Washington, DC 20002
                                   Phone: 202-789-3960
                                   Fax: 202-789-1813

                                   Nicholas E. Chimicles, Esq. (pro hac vice)
                                   Benjamin F. Johns, Esq. (pro hac vice)
                                   CHIMICLES & TIKELLIS LLP
                                   One Haverford Centre
                                   361 West Lancaster Avenue
                                   Haverford, Pennsylvania 19041

Michael A. Bowen
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Henry D. Levine, Esq. (DC Bar# 952770)
Stephen J. Rosen, Esq. (DC Bar# 441942)
LEVINE, BLASZAK, BLOCK AND
BOOTHBY, LLC
2001 L Street, NW, Suite 900
Washington, DC 20036

Sidney A. Backstrom
SCRUGGS LAW FIRM
P.O. Box 1136
120A Courthouse Square
Oxford, MS 38655

R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith
550 West C. Street, 8th Fl
San Diego, CA 92101

*Plaintiffs' Executive Committee
in MDL-1798*

*In re: Long-Distance Telephone Service Federal Excise Tax Refund Litigation* - MDL No. 1798

Suggested Reading Materials to Assist the Court in Resolving the Outstanding Claims and Issues in the Motions to Dismiss Directed to the Operative Complaints Filed in *Cohen, Sloan* and *Gurrola*.

| | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| **I. APA CLAIMS.** | | |
| Notice 2006-50 Exceeds Agency Authority. | (1) *Sloan* Second Amended Complaint: ¶¶ 1-58; 82-88.<br>(2) *Sloan* Brief in Support of Preliminary Injunction: pages 1-8; 15-23.<br>(3) *Sloan* Brief in Opposition to the motion to dismiss the second amended complaint: pages 13-19.<br>(4) *Sloan* Reply Motion in Support of Preliminary Injunction: pages 1-19. | (1) Motion to Dismiss Second Amended *Sloan* Complaint: pages 1-10; 18-24; 27-29.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended *Sloan* Complaint: pages 1-18.<br>(3) Brief in Opposition to Preliminary Injunction filed in *Sloan*: pages 1-14. |
| Notice 2006-50 was Illegally Promulgated Without Notice and Comment. | (1) *Sloan* Second Amended Complaint: ¶¶ 1-58; 89-94.<br>(2) *Sloan* Brief in Opposition to the MTD the Second Amended Complaint at pages 13-19.<br>(3) *Cohen* Second Amended Complaint: ¶¶ 26-29.<br>(4) *Sloan* Motion for Preliminary Injunction: pages 1-8; 15-26.<br>(5) Reply Motion in Support of Preliminary Injunction filed in *Sloan*: pages 1-10.<br>(6) *Cohen* Brief in opposition to the Moiton to Dismiss the APA claim, at pages 1-13. | (1) Motion to Dismiss Second Amended *Sloan* Complaint: pages 1-10; 18-24; 27-29.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended *Sloan* Complaint: pages 1-18.<br>(3) Brief in Opposition to Preliminary Injunction filed in *Sloan*: pages 1-14.<br>(4) Motion to Dismiss APA Claim in *Cohen* Second Amended Complaint: pages 1-16. |
| Notice 2006-50 is Arbitrary & Capricious. | (1) *Sloan* Second Amended Complaint: ¶¶ 1-58; 95-98.<br>(2) *Sloan* Brief in Opposition to the MTD the Second Amended Complaint at pages 13-19.<br>(3) *Sloan* Motion for Preliminary Injunction: pages 1-8; 15-26.<br>(4) Reply Motion in Support of Preliminary Injunction filed in *Sloan*: pages 1-24; Expert Report Exhibit.<br>(5) *Cohen* Brief in opposition to the Moiton to Dismiss the APA claim, at pages 1-13. | (1) Motion to Dismiss Second Amended *Sloan* Complaint: pages 1-10; 18-24; 27-29.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended *Sloan* Complaint: pages 1-18.<br>(3) Brief in Opposition to Preliminary Injunction filed in *Sloan*: pages 1-14.<br>(4) Motion to Dismiss APA Claim in *Cohen* Second Amended Complaint: pages 1-16. |

| II. CON. LAW CLAIMS. | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| Violation of Due Process in the Exaction of the FET. | (1) Sloan Second Amended Complaint: ¶¶ 1-65.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 24-27. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14. |
| Violation of Due Process Because of the Absence of Post-Deprivation Relief. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 66-70.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 24-27. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14. |
| Violation of the Takings Clause. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 71-75.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 24-27.<br>(3) Gurrola First Amended Complaint: ¶¶ 90-94.<br>(4) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: pages 5-13. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14.<br>(3) Motion to Dismiss the First Amended Complaint in Gurrola, at pages 22-23.<br>(4) Reply Brief in Support of the Motion to Dismiss the First Amended Gurrola Complaint, at pages 4-6. |
| Violation of Substantive Due Process. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 76-81.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-24. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14. |
| Violation of the Uniformity Clause. | (1) Gurrola First Amended Complaint: ¶¶ 58-63; 95-98.<br>(2) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: pages 14-16. | (1) Reply Brief in Support of the Motion to Dismiss the First Amended Gurrola Complaint, at pages 8-9. |

| III. TAX REFUND CLAIMS. | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| Plaintiffs Have Satisfied I.R.C. § 7422 by Filing a Class Refund Claim. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 106-111.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 35-42. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 18-20. |
| I.R.C. § 7422 Has Not Been Made Effective due to Failure to Promulgate Necessary Regulations. | (1) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 31-39. | (1) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 18-20. |
| I.R.C. § 7422 Has Been Waived and/or Rendered Futile. | (1) Cohen Second Amended Complaint: ¶¶ 12; 22-25.<br>(2) Gurrola First Amended Complaint: ¶ 53-57; 103-108.<br>(3) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: page 18-21.<br>(4) Cohen Reply Brief in Support of Class Certification at pages 3-5.<br>(5) Cohen Brief in Support of Summary Judgment at pages 5-7.<br>(6) Sloan Second Amended Complait at ¶109<br>(7) Sloan Brief in Opposition to the Motion to Dismiss, pages 39-42. | (1) Motion to Dismiss the Refund Claim filed in Cohen at pages 1-12. |
| I.R.C. § 7422 Has Been Satisfied Because One or More Named Plaintiff's Refund Claims Has Been Denied. | (1) Sloan Second Amended Complaint: ¶¶ 23-24; 109-111.<br>(2) Cohen Second Amended Complaint: ¶¶ 10; 22-25.<br>(3) Cohen Brief in Opposition to the Motion to Dismiss the Refund Claim: pages 2-14.<br>(4) Sloan Brief in Opposition to Motion to Dismiss Second Amended Complaint: pages 35-42. | (1) Motion to Dismiss the Sloan Second Amended Complaint: pages 10-16.<br>(2) Motion to Dismiss the Refund Claim in the Cohen Complaint: pages 1-11. |

| IV. OTHER CLAIMS. | Relevant Sections from Plaintiffs' Pleadings/Briefs | Relevant Sections from Defendant's Pleadings/Briefs |
|---|---|---|
| Unjust Enrichment. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 99-102.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 19-24.<br>(3) Gurrola First Amended Complaint: ¶ 114-116. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14.<br>(3) Motion to Dismiss the First Amended Complaint in Gurrola, pages 20-25. |
| Illegal Exaction. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 103-105<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 19-24.<br>(3) Gurrola First Amended Complaint: ¶¶ 99-102.<br>(4) Gurrola Brief in Opposition to the Motion to Dismiss First Amended Complaint: pages 17-18. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-14.<br>(3) Motion to Dismiss the First Amended Complaint in Gurrola, pages 20-25. |
| Injunctive Relief to Stop the Implementation of Notice 2006-50. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 112-117.<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 27-29.<br>(3) Sloan 2nd Brief in Support of Preliminary Injunction.<br>(4) Second Brief in Further Support of Preliminary Injunction filed in Sloan. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-23.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 14.<br>(3) Brief in Opposition to Second Motion for Preliminary Injunction filed in Sloan. |
| Declaratory Relief to Stop the I.R.S. from Acting Beyond its Authority. | (1) Sloan Second Amended Complaint: ¶¶ 1-58; 112-117<br>(2) Sloan Brief in Opposition to the MTD the Second Amended Complaint at pages 1-13; 29-30. | (1) Motion to Dismiss Second Amended Sloan Complaint: pages 1-18; 23-24.<br>(2) Reply Memorandum in Support of Motion to Dismiss Second Amended Sloan Complaint: pages 1-3; 14. |
| Conversion. | (1) Gurrola First Amended Complaint: ¶¶ 117-122. | |
| Violation of the Federal Truth in Billing Regulations. | (1) Gurrola First Amended Complaint: ¶¶ 133-137. | |