AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Long-Distance Telephone Service Federal Excise
Tax Refund Litigation, MDL 1798
BELLONI, ET AL.

        Plaintiff(s)

vs.

VERIZON COMMUNICATIONS, ET AL.

        Defendant(s)

**APPEARANCE**

CASE NUMBER   07-mc-0014 (RMU) (06-cv-11459)

To the Clerk of this court and all parties of record:

Please enter the appearance of __John J. Lavelle__ as counsel in this
                    (Attorney's Name)

case for: __T-Mobile USA, Inc.__
           (Name of party or parties)

May 31, 2007
Date

Pro Hac requirement waived by Judge Urbina's Order.
BAR IDENTIFICATION

_[Signature]_
Signature

John J. Lavelle
Print Name

Sidley Austin LLP, 787 Seventh Avenue
Address

New York, New York  10019
City       State       Zip Code

212-839-5396
Phone Number